**No. 10-1124. Turlock Irrigation District, Petitioner v. Federal Energy Regulatory Commission, et al.**

564 U.S. 1013, 131 S. Ct. 2992, 180 L. Ed. 2d 837, 2011 U.S. LEXIS 4406.

June 13, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 393 U.S. App. D.C. 310, 628 F.3d 538.